IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

MOSHE ATTIAS and MARION COURT, LLC, : CIVIL ACTION
:
*Plaintiffs*, :
:
v. : NO. 19-866
:
532 BROOKLYN, LLC and ALAIN KODSI, :
:
*Defendant*. :

---

# ORDER

**AND NOW**, this 12th day of December, 2019, upon consideration of Plaintiffs' Motion to Amend the Complaint (Doc. No. 16) and Defendants' Response (Doc. No. 18), it is hereby **ORDERED** that the Motion is **GRANTED** and that, within **ten (10) days** from the date of this Order, Plaintiffs shall file an Amended Complaint in the form attached to Plaintiffs' Motion to Amend as Exhibit A.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**