**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RACHEL FOSTER, ET AL.,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 18-4853 |
| | : | |
| **MOSHE ATTIAS, ET AL.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **MOSHE ATTIAS and MARION COURT, LLC,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **NO. 19-866** |
| **532 BROOKLYN, LLC and ALAIN KODSI,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

**AND NOW**, this 12th day of May, 2023, upon consideration of **(1)** the Foster Parties'
Motion for Summary Judgment (Civ. A. No. 18-4853, Doc. No. 183; Civ. A. No. 19-866, Doc.
No. 122) and the Attias Parties' Response (Civ. A. No. 18-4853, Doc. No. 186; Civ. A. No. 19-
866, Doc. No. 123), and **(2)** the Attias Parties' Motion for Partial Summary Judgment (Civ. A. No.
18-4853, Doc. No. 182) and the Foster Parties' Response (Civ. A. No. 18-4853, Doc. No. 185), it
is hereby **ORDERED** that:

1. The Foster Parties' Motion for Summary Judgment is **GRANTED IN PART** and
   **DENIED IN PART** as follows:

   a. Summary judgment is **GRANTED** in favor of the Foster Parties on Count I of
      the Attias Amended Complaint.[1]

---

[1] The "Attias Amended Complaint" refers to the operative complaint in Civil Action No. 19-
866.

  b. Summary judgment is **GRANTED** in favor of the Foster Parties on Count III of the Attias Amended Complaint and Count I of the Attias Amended Counterclaim.[2]

  c. Summary judgment is **GRANTED** in favor of the Foster Parties on Count IV of the Attias Amended Complaint.

  d. Summary judgment is **GRANTED** in favor of the Foster Parties on Count V of the Attias Amended Complaint

  e. Summary judgment is **DENIED** on Counts VII and VIII of the Attias Amended Complaint.

  f. Summary judgment is **DENIED** to the extent the Foster Parties allege a failure to make Rule 26(a)(1)(A) disclosures.

  g. Count VI of the Attias Amended Complaint is deemed voluntarily withdrawn based on the Attias Parties' representation.

2. The Attias Parties' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART** as follows:

  a. Summary Judgment is **DENIED** on Counts I, VII, and VIII of the Attias Amended Complaint.

  b. Summary Judgment is **GRANTED** on Counts I and II of the Foster Amended Complaint.[3]

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[2] The "Attias Amended Counterclaim" refers to the counterclaim complaint in Civil Action No. 18-4853.

[3] The "Foster Amended Complaint" refers to the operative complaint in Civil Action No. 19-1953.